# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ERIC L. PATTERSON, | ) | Case No. 1:23-cv-378 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | |
| | ) | |
| UNITEDHEALTH GROUP, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **JOURNAL ENTRY**

The Court filed its Opinion and Order in this matter. Accordingly, the Court terminates this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated: January 9, 2025

J. Philip Calabrese
United States District Judge
Northern District of Ohio